# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY,<br><br>                    Plaintiff,<br><br>     v.<br><br>EMBERY, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:07-cv-01559 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. 7) |

Plaintiff Latwahn McElroy ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 11, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days.  Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 11, 2008, is adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, filed November 26, 2007, is denied as moot.

IT IS SO ORDERED.

Dated:    September 3, 2008                     /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE