IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:07-cv-1559 LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE NOTICE OF SUBMISSION OF DOCUMENTS |
| vs. | |
| EMBERY, | (DOCUMENT #16) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2008, plaintiff filed a motion to extend time to file the Notice of Submission of Documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his notice of submission of documents.

IT IS SO ORDERED.

Dated:   **September 26, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE