**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATWAHN McELROY, | CASE NO. 1:07-cv-01559 LJO DLB P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| vs. | |
| EMBERY, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff Latwahn McElroy ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 3, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 3, 2008, is adopted in full; and
2. Plaintiff's claims against defendants Department of Corrections, Warden Kay, Dr. Vasquez, and orthopaedic expert John Doe are dismissed for failure to state any claims upon which relief may be granted; and

3. This action shall proceed only against defendants Embery and Smith on Plaintiff's Eighth Amendment claims.

IT IS SO ORDERED.

**Dated:   October 27, 2008**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE