IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:07-cv-01559 LJO DLB (PC) |
| Plaintiff, | ORDER |
| vs. | (DOCUMENT #18) |
| EMBERY, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2008, plaintiff filed a motion to extend time to file notice of submission of service documents. Plaintiff also requests the return of his original complaint.

Plaintiff's complaint forms part of the official case record and shall remain in the custody of the Clerk of the Court. However, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file notice of submission of documents.

IT IS SO ORDERED.

Dated:   **November 5, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE