IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LATWAHN McELROY,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>EMBURY, et al.,<br><br>                                    Defendants. | 1:07-cv-1559-LJO-DLB (PC)<br><br>**ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**(DOCUMENT #25)**<br><br>DEADLINE: MARCH 2, 2009 |

   On February 9, 2009 Defendant Embury filed a motion to extend time to file a responsive pleading. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

   Defendant is granted a twenty-one day extension of time, to and including March 2, 2009, to file a responsive pleading.

   IT IS SO ORDERED.

   **Dated:   February 12, 2009**               **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

1