IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATWAHN MCELROY,               CASE NO. 1:07-cv-01559 LJO DLB PC

        Plaintiff,       ORDER DIRECTING PLAINTIFF TO RESPOND
                               TO MOTION TO DISMISS
   vs.
                               THIRTY DAY DEADLINE
EMBERY, et al.,

        Defendants.
                                  /

     Plaintiff Latwahn McElroy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2009, Defendant Embury ("Defendant") filed a motion to dismiss pursuant to the unenumerated portion of Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff has not filed an opposition or statement of non-opposition to the motion.

     Plaintiff is HEREBY ORDERED to file a response to the motion within thirty (30) days of service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

     IT IS SO ORDERED.

     Dated: **April 21, 2009**        **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE